# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| EQUICREDIT CORPORATION OF AMERICA, | : No. 162 WAL 2014 |
| | : |
| | : |
| Respondent | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| CATHRYN BRANDAU, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.